UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TODD BERESFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TYSON FOODS, INC. and TYSON FRESH MEATS, INC.,<br><br>　　　　Defendants. | 4:19-CV-4194-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 55), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated February 4, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE